**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CHET MICHAEL WILSON                           ___25-cv-7246_____

        Plaintiff(s),

v.                                            **AFFIDAVIT IN SUPPORT OF**
                                              **MOTION TO ADMIT COUNSEL**
LIFESTATION, INC.                             *PRO HAC VICE*

        Defendant(s).

---

I, __Anthony Paronich_____, being duly sworn, hereby depose and say as follows:

1. I am a(n) __Partner_____ with the law firm of __Paronich Law, P.C._____.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of __Massachusetts_____.
4. There are no pending disciplinary proceedings against me in any state or federal court. True
5. I __Have not_____ been convicted of a felony. If you have, please describe facts and circumstances.

6. I __t Have no_____ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: _____
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case ___ for _____25-cv-7246___ _____.

Date: August 30, 2025                         *Anthony J. Paronich*
    Hingham_____, MA           _____
                                              Signature of Movant
Chesapeake   Virginia                         Firm Name __Paronich Law, P.C._____
                                              Address __350 Lincoln Street, Suite 2400_____
    **NOTARIZED**                        __Hingham, MA 02043_____
*April Ridley-Cutts*                          _____
                                              Email __anthony@paronichlaw.com_____
                                              Phone __(617) 485-0018_____

**April Ridley-Cutts**
_____
REGISTRATION NUMBER
00358833
COMMISSION EXPIRES
July 31, 2029

Notarized remotely online using communication technology via Proof.