IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,**<br><br>*Plaintiff*,<br><br>*v.*<br><br><br>**LIFESTATION, INC.**<br><br>*Defendant.* | Case No. 25-cv-7246 |

### [PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE*

This Court GRANTS the Motion to Appear *Pro Hac Vice* of Anthony I. Paronich.

SIGNED THIS ____ DAY OF _____, 2025.

_____
United States District Judge