UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Wilson,

                Plaintiff,

-against-                        1:25 Civ. 07246 (JHR)

Lifestation, Inc.                   **MOTION FOR ADMISSION**

                                            **PRO HAC VICE**

                Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Lisa Messner hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Lifestation, Inc. in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Ohio and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 10-14-2025                 Respectfully Submitted,

                                         Applicant Signature: _[signature]_

                                         Applicant's Name: Lisa Messner

                                         Firm Name: Mac Murray & Shuster, LLP

                                         Address: 6525 West Campus Oval, Suite 210

                                         City/State/Zip: New Albany, Ohio 43054

                                         Telephone/Fax: 614-939-9955   614-939-9954

                                         Email: lmessner@mslawgroup.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Wilson,

     Plaintiff,        1:25-CV-07246-JHR

  -against-

Lifestation, Inc.         **ORDER FOR ADMISSION PRO HAC VICE**

     Defendant.

I, Lisa Messner, being duly sworn, hereby depose and say as follows:

1. I am a partner with the law firm Mac Murray & Shuster, LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the certificate of good standing attached, I am a member in good standing of the bar of the state of Ohio.

4. I attest that there are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

7. My Ohio bar number is 0074034.

8. Wherefore, I respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in the above captioned matter.

Dated: 10/14/25

My commission expires: 8/25/30

Signature of Movant

Firm Name  Mac Murray & Shuster, LLP

Address  6525 West Campus Oval, Suite 210

    New Albany, Ohio 43054

Email  lmessner@mslawgroup.com

Phone/Fax  614-939-9955 / 614-939-9954



# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

    I, MICHEL JENDRETZKY, Director of the Office of Attorney Services of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Registration and Continuing Legal Education Section of the Supreme Court and that the Office of Attorney Services is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Lisa Ann Messner**
Attorney Registration No. **0074034**

was admitted to the practice of law in Ohio on November 13, 2001; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 13th day of October, 2025.

MICHEL JENDRETZKY
*Director, Office of Attorney Services*

*Shannon B. Scheid*
Shannon Scheid
*Administrative Assistant, Office of Attorney Services*

No. 2025-10-13-1
Verify by email at GoodStandingRequests@sc.ohio.gov