**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Wilson,

                       Plaintiff,                 <u>1:25</u>   cv <u>07246</u>   ( <u>JHR</u> )

          -against-                   **ORDER FOR ADMISSION PRO HAC VICE**

Lifestation, Inc.       Defendant.

The motion of <u>  Lisa Messner        </u>, for admission to practice Pro Hae Vice in the above captioned action is granted.

        Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of <u>  Ohio      </u>; and that his/her contact information is as follows (please print):

Applicant's Name: <u>  Lisa Messner                       </u>

Firm Name: <u>  Mac Murray & Shuster, LLP               </u>

Address: <u>  2565 West Campus Oval, Suite 210           </u>

City/ State/ Zip: <u>  New Albany, Ohio 43054          </u>

Telephone/ Fax: <u> 614-939-9955 / 614-939-9954        </u>

Applicant having requested admission Pro Hae Vice to appear for all purposes as counsel for

<u>    Defendant, Lifestation, Inc.    </u> in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hae Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: <u>          </u>                          <u>                        </u>

                                           United States District/ Magistrate Judge