UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

Wilson,

                Plaintiff,

-against-                                     1:25 Civ. 07246 ( JHR )

Lifestation, Inc.                     **MOTION FOR ADMISSION**

                                                               **PRO HAC VICE**

                Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Lisa Messner hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Lifestation, Inc. in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Ohio and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 10-17-2025                Respectfully Submitted,

                                                  Applicant Signature: /s/ Lisa A. Messner

                                                  Applicant's Name: Lisa Messner

                                                  Firm Name: Mac Murray & Shuster, LLP

                                                  Address: 6525 West Campus Oval, Suite 210

                                                  City/State/Zip: New Albany, Ohio 43054

                                                  Telephone/Fax: 614-939-9955   614-939-9954

                                                  Email: lmessner@mslawgroup.com