UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Wilson,

            Plaintiff,                      1:25-CV-07246-JHR

    -against-

                                     **Affidavit of Attorney**
Lifestation, Inc.                         **Lisa Messner**

            Defendant.

I, Lisa Messner, being duly sworn, hereby depose and say as follows:

1. I am a partner with the law firm Mac Murray & Shuster, LLP.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.
3. As shown in the certificate of good standing attached, I am a member in good standing of the bar of the state of Ohio.
4. I attest that there are no pending disciplinary proceedings against me in any state or federal court.
5. I have not been convicted of a felony.
6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.
7. My Ohio bar number is 0074034.
8. Wherefore, I respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in the above captioned matter.

Dated: 10/14/25

*[Notary seal: DEVYN QUICK, NOTARY PUBLIC, STATE OF OHIO]*

*[Notary signature]*

My commission expires:

8/25/30

*[Signature: Lisa A. Messner]*

Signature of Movant

Firm Name  Mac Murray & Shuster, LLP

Address  6525 West Campus Oval, Suite 210

             New Albany, Ohio 43054

Email  lmessner@mslawgroup.com

Phone/Fax  614-939-9955 / 614-939-9954