UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Wilson,

        Plaintiff,

       -against-

Lifestation, Inc.    Defendant.

1:25   cv  07246   ( JHR )

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of __Lisa Messner__, for admission to practice Pro Hac Vice in the above captioned action is granted.

    Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Ohio__; and that his/her contact information is as follows (please print):

Applicant's Name: __Lisa Messner__

Firm Name: __Mac Murray & Shuster, LLP__

Address: __2565 West Campus Oval, Suite 210__

City/ State/ Zip: __New Albany, Ohio 43054__

Telephone/ Fax: __614-939-9955 / 614-939-9954__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Defendant, Lifestation, Inc.__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                         _____

                                                                       United States District/ Magistrate Judge