IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CHET MICHAEL WILSON, | : | |
| on behalf of himself and all others similarly situated, | : | Civil Case No. 1:25-cv-07246-JHR |
| Plaintiff, | : | Judge Jennifer H. Rearden |
| vs. | : | |
| LIFESTATION, INC., | : | |
| Defendant. | : | |

**DEFENDANT LIFESTATION, INC.'S ANSWER
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Defendant, Lifestation, Inc., hereby certifies that no parent corporation or publicly held corporation owns 10% or more of Defendant.

Jurisdiction is based on federal question jurisdiction, and not diversity of citizenship.

Respectfully submitted:

**MAC MURRAY & SHUSTER, LLP**

<u>/s/ *Lisa A. Messner*</u>
Lisa A. Messner (Ohio Bar No. 0074034)
*Admitted Pro Hac Vice*
Mac Murray & Shuster, LLP
6525 West Campus Oval, Suite 210
New Albany, Ohio 43054
(614) 939-9955, (614) 939-9954 - fax
lmessner@mslawgroup.com

*Attorney for Defendant,
Lifestation, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies the foregoing was filed with the Court's ECF filing system, which will send notice of this filing to all counsel and Parties having appeared in this matter on this 31st day of October, 2025.

/s/ *Lisa A. Messner*
Lisa A. Messner (Ohio Bar No. 0074034)
*Admitted Pro Hac Vice*