UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHET MICHAEL WILSON,

                              Plaintiff,

                -v.-

LIFESTATION, INC.,

                              Defendant.

25 Civ. 07246 (JHR)

ORDER OF REFERENCE TO A
MAGISTRATE JUDGE

JENNIFER H. REARDEN, District Judge:

        This action is referred to the designated Magistrate Judge for the following purpose(s):

☒  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐  Habeas Corpus

☐  Social Security

☐  Dispositive Motion (i.e., motion requiring a Report and Recommendation)
    Particular Motion: _____
    All such motions: _____

☐  Inquest After Default/Damages Hearing

☐  Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

☐  General Pretrial & Dispositive Motions (all purposes except trial)

☐  Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
    Purpose: _____

☐  Specific Non-Dispositive Motion/Dispute:
    _____

☐  Settlement

        SO ORDERED.

Dated:  November 3, 2025
        New York, New York

_____
JENNIFER H. REARDEN
United States District Judge