# PARONICH LAW, P.C.

350 Lincoln Street, Suite 2400
Hingham, MA 02043

Anthony I. Paronich                         Tel. (508) 221-1510
                                            Fax (508) 318-8100
                                            anthony@paronichlaw.com

December 10, 2025

**VIA ELECTRONIC FILING**

Hon. Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court for the Southern District of New Yok
500 Pearl Street
New York, New York 10007

Re:   *Wilson v. Lifestation, Inc.*, Civil Action No. 1:25-cv-07246-JHR-RFT
      <u>Joint Letter-Motion to Adjourn Settlement Conference Scheduled for February 20, 2026</u>

Dear Judge Tarnofsky:

    Counsel for Plaintiff and Defendant respectfully submit this joint letter-motion requesting an adjournment of the settlement conference currently scheduled for Friday, February 20, 2026 at 2:00 p.m. (the "Settlement Conference"). (See ECF No. 18.)

    The parties jointly request this relief because they have reserved a private mediation session with Judge David Jones (Ret.) for March 9, 2026 and believe that proceeding in that forum will be the most efficient path to a meaningful resolution. Counsel conferred and agree that a brief adjournment of the Court's Settlement Conference will conserve party and judicial resources while the parties pursue the Private Mediation in good faith.

    Accordingly, the parties respectfully request that the Court adjourn the February 20, 2026 Settlement Conference and either: (a) hold the Settlement Conference in abeyance pending completion of the Private Mediation, or (b) reschedule the Settlement Conference for a date after the Private Mediation (at the Court's convenience), should the case not resolve.

    This request is made jointly, in good faith, and for purposes of efficiency. No party will be prejudiced by the requested relief.

    We thank the Court for its attention to this request.

                                              Respectfully submitted,

                                              */s/ Anthony I. Paronich*
                                              Anthony I. Paronich

Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com
Counsel for Plaintiff

*/s/ Lisa Messner*
Lisa Messner
Mac Murray & Shuster LLP
6525 West Campus Oval, Suite 210
New Albany, Ohio 43054
(614) 939-9955
lmessner@mslawgroup.com
Counsel for Defendant