# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CHET MICHAEL WILSON, | : | |
| on behalf of himself and all others similarly situated, | : | Civil Case No. 1:25-cv-07246-JHR |
| Plaintiff, | : | Judge Jennifer H. Rearden |
| vs. | : | |
| LIFESTATION, INC., | : | |
| Defendant. | : | |

## JOINT STATUS REPORT REGARDING THE STATUS OF DISCOVERY

The Parties respectfully submit the following Joint Status Report regarding the status of discovery. The Parties have engaged in the exchange of Initial Disclosures and written discovery. The Parties have not conducted depositions yet. The Parties do not currently have unresolved discovery disputes. The Parties have agreed to conduct a private Mediation on March 9, 2026.

Respectfully submitted:

**MAC MURRAY & SHUSTER, LLP**

/s/ *Lisa A. Messner*
Lisa A. Messner (Ohio Bar No. 0074034)
*Admitted Pro Hac Vice*
Mac Murray & Shuster, LLP
6525 West Campus Oval, Suite 210
New Albany, Ohio 43054
(614) 939-9955, (614) 939-9954 - fax
lmessner@mslawgroup.com

*Attorney for Defendant,*
*LifeStation, Inc.*

*/s/ Anthony Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
(614) 485-0018
anthony@paronichlaw.com

*Attorney for Plaintiff and the putative class*

2