UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHET MICHAEL WILSON,<br><br>                  Plaintiff,<br><br>  -against-<br><br>LIFESTATION, INC.,<br><br>                  Defendant. | 25-CV-07246 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      As discussed at the discovery conference held on February 24, 2026, Plaintiff's motion to compel discovery (ECF 22) is granted in part, in that Defendant shall make best efforts to, by March 3, 2026, (a) produce six months of call records and (b) provide an amended discovery response indicating the number of calls made during the preceding 48 months, or, if call records are not maintained for that period, indicating the number of calls made during the period for which records are available. The Clerk of Court is respectfully requested to terminate ECF 22.

DATED: February 24, 2026
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge