IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CHET MICHAEL WILSON, on behalf of himself and all others similarly situated, | : | |
| | : | Civil Case No. 1:25-cv-07246-JHR |
| Plaintiff, | : | Judge Jennifer H. Rearden |
| vs. | : | |
| LIFESTATION, INC., | : | |
| Defendant. | : | |

## UNOPPOSED APPLICATION FOR ENTRY OF A STIPLUATED PROTECTIVE ORDER

Now comes Defendant LifeStation, Inc., by and through undersigned counsel, and respectfully moves the Court for the entry of the attached Stipulated Protective Order.

The reason for this application is because Defendant contemplates a production of documents in this case which will contain consumers' personal information, with the disclosure of such information requiring a degree of confidentiality.

Counsel for Defendant has conferred with counsel for Plaintiff, who does not oppose this Application and agrees to the proposed terms of the Protective Order.

Respectfully submitted:

**MAC MURRAY & SHUSTER, LLP**

<u>/s/ *Lisa A. Messner*</u>
Lisa A. Messner (Ohio Bar No. 0074034)
*Admitted Pro Hac Vice*
Mac Murray & Shuster, LLP
6525 West Campus Oval, Suite 210
New Albany, Ohio 43054
(614) 939-9955, (614) 939-9954 - fax
lmessner@mslawgroup.com

*Attorney for Defendant, LifeStation, Inc.*

1

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies the foregoing was filed with the Court's ECF filing system, which will send notice of this filing to all counsel and Parties having appeared in this matter on this 26th day of February, 2026.

                                    /s/ *Lisa A. Messner*
                                    Lisa A. Messner (Ohio Bar No. 0074034)
                                    *Admitted Pro Hac Vice*