UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHET MICHAEL WILSON,<br><br>                    Plaintiff,<br><br>     -against-<br><br>LIFESTATION, INC.,<br><br>                    Defendant. | 25-CV-07246 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On November 19, 2025, as part of the Case Management Plan, I ordered the parties to, among other things, jointly file a letter updating the court on the status of discovery on March 13, 2026. (*See* ECF 17 at 4.)  The parties have not complied.

Accordingly, I am nunc pro tunc extending the deadline for the parties to file their joint status update until **March 17, 2026**.

DATED:  March 16, 2026
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge