# PARONICH LAW, P.C.

350 Lincoln Street, Suite 2400
Hingham, MA 02043

Anthony I. Paronich

Tel. (508) 221-1510
Fax (508) 318-8100
anthony@paronichlaw.com

March 17, 2026

**VIA ECF**

Hon. Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Chet Michael Wilson, et. al. v. LifeStation, Inc.*, No. 1:25-cv-07246 (JHR)

Dear Judge Tarnofsky:

The parties jointly submit this status letter pursuant to the Court's November 19, 2025 Case Management Plan (ECF No. 17) and the Court's March 16, 2026 Order (ECF No. 28), which extended the deadline to file a joint discovery status update to March 17, 2026.

Discovery is ongoing. On February 24, 2026, the Court granted in part Plaintiff's motion to compel (ECF No. 25), directing Defendant to make best efforts to produce certain call records and provide amended discovery responses by March 3, 2026. Defendant was not able to fully comply with the Court's directive by the March 3, 2026 deadline. As a result, certain case deadlines, including mediation, were impacted. However, Defendant substantially completed its production on March 16, 2026, including providing the data relevant to Plaintiff's analysis. That production has now enabled Plaintiff to complete an expert report, which he did on March 17, 2026.

In light of the delayed production, the parties adjourned the originally scheduled mediation. The parties have now rescheduled mediation, which is currently set to proceed on

March 19, 2026. If the mediation is unsuccessful, the Plaintiff will be looking toward receiving

the complete calling record production and the parties will work on setting depositions.

Respectfully submitted,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com
*Counsel for Plaintiff*

**MAC MURRAY & SHUSTER, LLP**

/s/ *Lisa A. Messner*
Lisa A. Messner (Ohio Bar No. 0074034)
*Admitted Pro Hac Vice*
Mac Murray & Shuster, LLP
6525 West Campus Oval, Suite 210
New Albany, Ohio 43054
(614) 939-9955, (614) 939-9954 - fax
lmessner@mslawgroup.com
*Attorney for Defendant, LifeStation, Inc.*