# PARONICH LAW, P.C.

350 Lincoln Street, Suite 2400
Hingham, MA 02043

Anthony I. Paronich

Tel. (508) 221-1510
Fax (508) 318-8100
anthony@paronichlaw.com

March 23, 2026

**VIA ECF**

Hon. Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: _Chet Michael Wilson, et. al. v. LifeStation, Inc._, No. 1:25-cv-07246 (JHR)

Dear Judge Tarnofsky:

   The parties jointly submit this status letter pursuant to the Court's March 17, 2026 Order (ECF No. 30), which extended the deadline to file a joint discovery status update to March 17, 2026.

   The mediation was not successful. As such, the Plaintiff has served a second set of discovery and is working with the Defendant to ensure he receives a complete calling record production. The parties will soon work on setting depositions, but the Plaintiff is also planning to amend the complaint to address the fact that Lifestation sent marketing text messages to the Plaintiff earlier this month.

       Respectfully submitted,


       _/s/ Anthony I. Paronich_
       Anthony I. Paronich
       _Counsel for Plaintiff_

       _/s/ Lisa Messner_
       Lisa Messner
       _Counsel for Defendant_