UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHET MICHAEL WILSON,

                    Plaintiff,

        -against-

LIFESTATION, INC.,

                    Defendant.

25-CV-07246 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On November 19, 2025, as part of the Case Management Plan, I ordered the parties to, among other things, jointly file a letter updating the court on the status of discovery on May 1, 2026. (*See* ECF 17 at 4.)  The parties have not complied.

Accordingly, I am nunc pro tunc extending the deadline for the parties to file their joint status update until **May 6, 2026**.

DATED:  May 5, 2026
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge