# PARONICH LAW, P.C.

350 Lincoln Street, Suite 2400
Hingham, MA 02043

Anthony I. Paronich

Tel. (508) 221-1510
Fax (508) 318-8100
anthony@paronichlaw.com

May 5, 2026

**VIA ECF**

Hon. Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Chet Michael Wilson, et. al. v. LifeStation, Inc.*, No. 1:25-cv-07246 (JHR)

Dear Judge Tarnofsky:

The parties jointly submit this status letter pursuant to the Court's May 5, 2026 Order (ECF No. 30), which extended the deadline to file a joint discovery status update to May 6, 2026.

The parties have continued to engage in written discovery and meet-and-confer efforts regarding the scope of Defendant's data production, and Defendant has produced data responsive to Plaintiff's requests while continuing to review and supplement additional responsive materials. Defendant anticipates completing this supplemental production by May 8, 2026, and Plaintiff continues to review Defendant's productions while reserving all rights with respect to any deficiencies, including the completeness of call and text record data previously requested.

The parties are continuing to meet and confer regarding the scope of certain discovery requests, including the appropriate parameters for additional data production, and the parties are hopeful that these issues can be resolved without Court intervention but will promptly raise any disputes with the Court if necessary. The parties have begun discussions regarding deposition scheduling but have not yet finalized dates, and the parties anticipate proceeding with depositions following substantial completion of document discovery. The parties will continue to

complete document discovery and meet and confer regarding any remaining disputes, and the

parties will update the Court if judicial intervention becomes necessary.

Respectfully submitted,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com
Counsel for Plaintiff

*/s/ Lisa A. Messner*
Lisa A. Messner (Admitted Pro Hac Vice)
Mac Murray & Shuster, LLP
6525 West Campus Oval, Suite 210
New Albany, Ohio 43054
Telephone: (614) 939-9955
Facsimile: (614) 939-9954
lmessner@mslawgroup.com

*Attorney for Defendant, Lifestation, Inc.*