UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHET MICHAEL WILSON,<br><br>                    Plaintiff,<br><br>          -against-<br><br>LIFESTATION, INC.,<br><br>                    Defendant. | 25-CV-7246 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The deadline for completing discovery is extended nunc pro tunc until **July 31, 2026**.

The parties shall provide joint updates on the status of discovery and on the status but not

the substance of settlement talks on **June 22, 2026**, **July 20, 2026**, and **August 3, 2026**.

DATED:  June 8, 2026              SO ORDERED.
          New York, NY

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge