# PARONICH LAW, P.C.

350 Lincoln Street, Suite 2400
Hingham, MA 02043

Anthony I. Paronich

Tel. (508) 221-1510
Fax (508) 318-8100
anthony@paronichlaw.com

June 24, 2026

**VIA ECF**

Hon. Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Chet Michael Wilson, et. al. v. LifeStation, Inc.*, No. 1:25-cv-07246 (JHR)

Dear Judge Tarnofsky:

The parties jointly submit this status letter pursuant to the Court's June 8, 2026 Order (ECF No. 35) regarding the status of discovery and the status, but not the substance, of settlement discussions.

The parties continue to engage in discovery. Defendant has supplemented its document and data productions, and Plaintiff continues to review those materials. The parties have continued their meet-and-confer efforts concerning certain discovery issues and the scope of additional information sought by Plaintiff. The parties are working cooperatively to address any remaining discovery matters without Court intervention. The parties have also continued discussions regarding deposition scheduling and anticipate proceeding with depositions during the extended discovery period. Pursuant to the Court's June 8, 2026 Order, fact discovery is currently scheduled to close on July 31, 2026.

With respect to settlement, the parties have continued to engage in settlement discussions and remain open to exploring resolution of the matter. While settlement discussions have

occurred, the case has not resolved, and the parties continue to litigate the action while

evaluating potential resolution. The parties will continue their discovery efforts and will provide

the Court with further status updates as required by the Court's scheduling orders.

Respectfully submitted,

*/s/ Anthony I. Paronich*
Anthony I. Paronich (Admitted Pro Hac
Vice)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com
Counsel for Plaintiff

*/s/ Lisa A. Messner*
Lisa A. Messner (Admitted Pro Hac Vice)
Mac Murray & Shuster, LLP
6525 West Campus Oval, Suite 210
New Albany, Ohio 43054
Telephone: (614) 939-9955
Facsimile: (614) 939-9954
lmessner@mslawgroup.com

*Attorney for Defendant, Lifestation, Inc.*