UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CHET MICHAEL WILSON,<br><br>    Plaintiff,<br><br>  -against-<br><br>LIFESTATION, INC.,<br><br>    Defendant. | 25-CV-7246 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On June 8, 2026, I order the parties to file a joint status update on the status of discovery and on the status but not the substance of settlement talks by July 20, 2026. (ECF 35.) The parties have not complied. Accordingly, I am nunc pro tunc extending the deadline for the parties to file their joint status update until **July 22, 2026**.

DATED:  July 21, 2026
    New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge