# IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | Case No. 1:25-cv-7246 |
| *Plaintiff*, v. | |
| LIFESTATION, INC. | |
| *Defendant.* | |

## NOTICE OF SETTLEMENT

The parties file this notice to advise the Court that the parties have reached a settlement in this matter and hope to file appropriate paperwork within thirty days.

Dated: July 21, 2026

/s/ Anthony I. Paronich
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

1